UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Tampa Division)

EDDIE MONTALVO,

    Plaintiff,

v.                                                Case No.: 8:12-cv-00599-EAK-MAP

MERCHANDISE PICK UP SERVICE, INC.
and FAMILY THRIFT CENTERS,

    Defendants.
_____/

## NOTICE OF NEGOTIATED RESOLUTION

Plaintiff has not yet effectively served any Defendant in this case.

The undersigned counsel made a limited appearance for the purpose of moving to set aside a Clerk's default.

Plaintiff and the first-named Defendant have negotiated a complete resolution of Plaintiff's claims. As part of that resolution, Plaintiff has agreed to file a notice of voluntary dismissal with prejudice.

Pursuant to Local Rule 3.08(a), "[i]t shall be the duty of all counsel to immediately notify the Court upon the settlement of any case." Despite the fact that the undersigned has appeared only for the limited purpose of moving to set aside the Clerk's default, in light of Plaintiff's pro se status and in the interest of fulfilling the intent of Local Rule 3.08(a) by affording the Court prompt notice of the status of this action, Merchandise Pickup Service, Inc. hereby informs the Court of the negotiated resolution of all of Plaintiff's claims.

Because Plaintiff's Complaint alleged violations of the Fair Labor Standards Act, the negotiated resolution includes a provision for filing a request for *in camera* review and approval by the Court of their negotiated resolution, and the undersigned expects that such a request will be filed shortly.

Respectfully submitted,

FORD & HARRISON LLP

By: s/ Shane T. Muñoz
    Shane T. Muñoz
    Florida Bar No. 0067024
    smunoz@fordharrison.com
    Loren J. Beer
    Florida Bar No. 72454
    lbeer@fordharrison.com

For the firm

101 East Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant,
Merchandise Pickup Services Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a true and correct copy of the foregoing is being served by U.S. First Class Mail on this 29th day of July, 2012 upon:

Eddie Montalvo
4312 Mariner's Cove Court, #104
Tampa, Florida 33610

s/ Shane T. Muñoz
Attorney

TAMPA:324382.1